# United States Court of Appeals
## For the First Circuit

No. 02-1249

AMERICAN HONDA MOTOR COMPANY, INC.,

Plaintiff, Appellee,

v.

RICHARD LUNDGREN, INC.,
d/b/a LUNDGREN HONDA,

Defendant, Appellant.

**ERRATA**

The opinion of this court issued December 20, 2002, should be amended as follows:

On page 5, first full paragraph, lines 3-4, replace "(<u>Honda III</u>)." with "("<u>Honda III</u>")."